**DISMISS and Opinion Filed February 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01219-CV

**VALOR RENTALS & OILFIELD SERVICES, LLC, Appellant**
**V.**
**MAVERICK FIELD SERVICES LOGISTICS, LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01072-2018**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant's brief has not been filed despite appellant being cautioned, by postcard dated December 19, 2018, that failure to file the brief by December 29, 2018 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1); 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181219F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VALOR RENTALS & OILFIELD
SERVICES, LLC, Appellant

No. 05-18-01219-CV     V.

MAVERICK FIELD SERVICES
LOGISTICS, LLC, Appellee

On Appeal from the County Court at Law
No. 1, Collin County, Texas
Trial Court Cause No. 001-01072-2018.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MAVERICK FIELD SERVICES LOGISTICS, LLC recover its costs of this appeal from appellant VALOR RENTALS & OILFIELD SERVICES, LLC.

Judgment entered February 25, 2019